FILED IN
COURT OF CRIMINAL APPEALS

November 4, 2015

ABEL ACOSTA, CLERK

PD-0763-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/3/2015 5:02:18 PM
Accepted 11/4/2015 9:21:42 AM
ABEL ACOSTA
CLERK

**Cause No. PD-0763-15**
**COURT OF CRIMINAL APPEALS**
**OF TEXAS**

| | | |
|---|---|---|
| **STATE OF TEXAS,** *Petitioner,* | § § § | |
| | § | **FROM THE** |
| **vs.** | § § | **FOURTH COURT OF APPEALS** |
| | § | **SAN ANTONIO, TEXAS** |
| **DONALD HUFF,** *Respondent.* | § § | **04-13-00891-CR** |

## MEMORANDUM IN SUPPORT OF
## MOTION FOR BOND PENDING APPEAL

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, DONALD HUFF, Appellant/Respondent in the above-styled and numbered cause, and files this Memorandum in Support of His Motion for Bond Pending Appeal that was filed on November 2, 2015 pursuant to Texas Code of Criminal Procedure Article 44.04, and in support of that motion he would show:

Mr. Huff is serving a 45 year sentence for felony murder where the underlying felony was driving while intoxicated 3rd or more. Bond was originally set on this case in the amount of $75,000. Mr. Huff initially made bond on this case, but then voluntarily surrendered himself to the federal bureau of prisons on or about September 14, 2011. He has been in either

1

federal or State custody since that date.

In addition to the current case, Mr. Huff's criminal record includes, 1978 petite larceny in Virginia; 1983 misdemeanor possession of marijuana in Bexar County; 1984 DWI in Bell County; 1989 DWI in Bexar County; 1996 DWI in Bexar County; 200 felony theft in Bexar County; 2000 manufacturing a controlled substance 4-200 grams in Bexar County; 2007 possession of a weapon in Federal Court; 2008 placed on Federal Probation for the weapons offense from 2007; 2011 DWI in Bexar County; and 2011 Federal Probation was revoked. Since Mr. Huff has been in custody for over four years, his ability to make bail is minimal, and he requests that bond be set at no more than $75,000.

Mr. Huff was born in Harlingen, Texas, but moved to San Antonio, Texas with his parents and two siblings when he was 6 years old. He went to elementary, middle and high school in San Antonio, TX and he has had no other permanent residence other than the home his family purchased in 1965. Mr. Huff served active duty in the Navy for four years and two years in the Naval Reserve. He worked on offshore oil rigs for a Louisiana Company and then at USAA in San Antonio for 16 years. He eventually opened an auto repair shop in San Antonio which grew to three locations locally. He always lived with his parents in the same San Antonio home until his father passed in

2007 and his mother in 2009. He remained in the family home until his incarceration in 2011. His siblings currently live in Arkansas and Maryland, but Mr. Huff will be able to remain in Bexar County, Texas. While on bond for this case, Mr. Huff did not have any violations, however, he was only briefly on bond when he voluntarily turned himself into the federal bureau of prisons when his probation was revoked in that case.

WHEREFORE, APPPELLANT PRAYS that this Court grant him reasonable bail while the State's Petition for Discretionary Review is pending in this Court.

Respectfully submitted:

___/s/Dayna L. Jones_____
DAYNA L. JONES
Bar No. 24049450
LAW OFFICE OF DAYNA L. JONES
1800 McCullough Avenue
San Antonio, Texas 78212
(210) 255-8525 office
(210) 223-3248 facsimile

Attorney for DONALD HUFF

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing document has been delivered *via* email to Bexar County Assistant District Attorney Nathan Morey at Nathan.morey@bexar.org on November 3, 2015.

___/s/Dayna L. Jones_____
DAYNA L. JONES